## WEBB v. STATE.

No. 18209.

Court of Criminal Appeals of Texas.

April 15, 1936.

L. R. Neal, of Gladewater, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for murder; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular. The only complaint appearing in the brief of appellant is that because of the length of time the jury deliberated, the verdict was one of compromise, and therefore unjust. No statement of facts being present, we are not able to find support for such conclusion.

The judgment is affirmed.